UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDAL S. HORR, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:11-CV-369-DBH |
| | ) | |
| STATE OF MAINE, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 8, 2011, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, her Recommended Decision. The time within which to file objections expired on November 25, 2011, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED** in its entirety for failure to state a federal claim.

**SO ORDERED.**

**DATED THIS 2ND DAY OF DECEMBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**